# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

154694

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

THE GROSSE POINTE LAW FIRM, PC, also
known as LAW OFFICE OF ALAN BROAD, PC,
      Plaintiff-Appellee,

v

JAGUAR LAND ROVER NORTH AMERICA,
LLC, ROVER MOTORS OF FARMINGTON
HILLS, LLC, doing business as LAND ROVER
FARMINGTON HILLS, JAGUAR AND LAND
ROVER OF MACOMB, LLC, doing business as
JAGUAR LAND ROVER OF LAKESIDE, and
ELDER AUTOMOTIVE GROUP,
      Defendants-Appellants.

SC: 154694
COA: 326312
Macomb CC: 2012-005249-CK

_____/

     On order of the Court, the application for leave to appeal the September 22, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



Clerk

t0614